
**MARCEL S. PRATT**
Philadelphia City Solicitor
(215) 683-5003
marcel.pratt@phila.gov

**ANNE B. TAYLOR**
Chief Deputy City Solicitor
Civil Rights Unit
(215) 683-5381
anne.taylor@phila.gov

December 4, 2020

Via ECF
The Honorable Eduardo C. Robreno
United States District Judge
United States District Court
     for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA  19106

     Re:    *Robinson v. City of Philadelphia, et al.*
            Civil Action No. 20-4525 (E.D. Pa.)

Dear Judge Robreno,

     This matter arises out of the actions of Philadelphia police officers who were, at the time of the actions alleged in the Complaint, serving in the Narcotics Field Unit.  It is one of hundreds of cases that have been filed, all of them challenging arrests by the members of that unit and subsequent prosecutions.  Those matters were previously consolidated before the Honorable Paul Diamond, as related to the *McIntyre v. City of Philadelphia, et al.* case, Civil Action No. 13-2773.  Because this case similarly arises out of the actions of former NFU officers, I write on behalf of Defendant City of Philadelphia to respectfully request that it be transferred to Judge Diamond and marked as related to the *McIntyre* matter.  I have consulted with counsel for co-defendant, Officer Reginald Graham, and counsel for Plaintiff, and the former joins and the latter does not oppose this request.

     I thank the Court for its consideration of this request.

               Respectfully submitted,

               */s/ Anne B. Taylor*
               Anne B. Taylor

Cc:    Paul Messing, Esq., via ECF
       Shelley R. Smith, Esq., via ECF